UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BAOGUI ZHENG,

    -against-

LEE F. BOWES, In His Official Capacity as New York District Director, United States Citizenship and Immigration Services,

                            Respondent.
-------------------------------------------------------------- X

**ORDER DIRECTING RESPONDENT TO ANSWER**

20 Civ. 7027 (AKH)

        On August 28, 2020, Petitioner Baogui Zheng filed this petition seeking to compel Respondent to take action on Zheng's two I-730 Refugee Asylee Relative Petitions and one I-485 Register Permanent Resident or Adjust Status Application. *See* Pet., ECF No. 1, at 1. Respondent is directed to respond to Zheng's petition within thirty (30) days of the issuance of this order. Zheng shall file a reply, if any, within fourteen (14) days of Respondent's answer.

        SO ORDERED.

Dated:    September 1, 2020　　　　　　　_____/s/_____
               New York, New York　　　　　　　　　　ALVIN K. HELLERSTEIN
                                                    United States District Judge